UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:21-cr-00070-JAW |
| | ) | |
| JAMES WENTWORTH | ) | |

**INFORMATION**

The Acting United States Attorney charges:

**COUNT ONE**
(Highway Program Fraud)

Between about June 5, 2019 and about December 9, 2019, in the district of Maine and elsewhere, the defendant

**JAMES WENTWORTH**

knowingly made, and caused to be made, a material false statement and representation as to the character, quality, quantity, and cost of work performed and to be performed, and materials furnished and to be furnished, in connection with the construction of a highway and related project approved by the Secretary of Transportation.

All in violation of Title 18, United States Code, Section 1020.

DONALD E. CLARK
Acting United States Attorney

Date: May 24, 2021

**BY: /s/ CHRIS RUGE**
CHRIS RUGE
Assistant United States Attorney

1