## Synopsis

| | |
|---|---|
| **Name:** | **James Wentworth** |
| **Address:** (City & State Only) | **Sidney, Maine** |
| **Year of Birth and Age:** | **1969/51** |
| **Violations:** | **Count 1:** Highway Project Fraud Fraud, 18 U.S.C. 1020 (Class D Felony, 18 U.S.C. § 3559(b)(3)). |
| **Penalties:** | **Count 1:** Not more than 5 years imprisonment, a $250,000 fine, or both. 18 U.S.C. 1020. |
| **Supervised Release:** | **Count 1:** Not more than 3 years. 18 U.S.C. §3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** 2 years; 18 U.S.C.§ 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** 3 years, less any term of imprisonment imposed upon revocation of supervised release; 18 U.S.C.§ 3583(h). |
| **Defendant's Attorney:** | **Richard Berne, Esq.** |
| **Primary Investigative Agency and Case Agent Name:** | **Robert Percheski, DOT OIG** |
| **Detention Status:** | **To be notified through counsel** |
| **Foreign National:** | **No** |
| **Foreign Consular Notification Provided:** | **N/A** |
| **County:** | **Kennebec** |
| **AUSA:** | **Ruge** |
| **Guidelines apply?   Y/N** | **Y** |
| **Victim Case:** | **Y** |
| **Corporate Victims Owed Restitution? Y/N** | **N** |

| Assessments: | $100 per count, 18 U.S.C. § 3013 |