**Amended Synopsis**
**1:21-cr-00070-JAW**

| | |
|---|---|
| Name: | Jim Wentworth |
| Address:<br>(City & State Only) | Sidney, Maine |
| Year of Birth and Age: | 1969/51 |
| Violations: | **Count 1:** Highway Project Fraud Fraud,18 U.S.C. 1020 (Class D Felony, 18 U.S.C. § 3559(b)(3)). |
| Penalties: | **Count 1:** Not more than 5 years imprisonment, a $250,000 fine, or both. 18 U.S.C. 1020. |
| Supervised Release: | **Count 1:** Not more than 3 years. 18 U.S.C. §3583(b)(2). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | **Count 1:** 2 years; 18 U.S.C.§ 3583(e)(3). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | **Count 1:** 3 years, less any term of imprisonment imposed upon revocation of supervised release; 18 U.S.C.§ 3583(h). |
| Defendant's Attorney: | Richard Berne, Esq. |
| Primary Investigative Agency and Case Agent Name: | Robert Percheski, DOT OIG |
| Detention Status: | To be notified through counsel |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Kennebec |
| AUSA: | Ruge |
| Guidelines apply?   Y/N | Y |
| Victim Case: | Y |
| Corporate Victims Owed Restitution? Y/N | N |

| | |
|---|---|
| **Assessments:** | **$100 per count, 18 U.S.C. § 3013** |